USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/11/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REYNAERS INC.,

                    Plaintiff,

          - against -

360 WINDOWS AND DOORS,

                    Defendant.

**25-cv-10178 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiff/Counter Defendant Reynaers Inc. ("Reynaers") filed its Complaint in this action on December 8, 2025. (Dkt. No. 1.) Defendant/Counter Claimant 360 Windows and Doors filed an Answer and Counterclaim on January 30, 2026. (Dkt. No. 15.) Reynaers filed its Answer to the Counterclaim on February 6, 2026. (Dkt. No. 16.)

Accordingly, the parties are hereby directed to submit a joint letter, within fourteen (14) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be

completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.


**SO ORDERED.**

Dated:     11 February 2026
           New York, New York

_____
           Victor Marrero
           U.S.D.J.