# BAKER BOTTS L.L.P

| | | |
|---|---|---|
| 1001 PAGE MILL ROAD | AUSTIN | NEW YORK |
| BUILDING ONE, SUITE 200 | BRUSSELS | PALO ALTO |
| PALO ALTO, CALIFORNIA | DALLAS | RIYADH |
| 94304-1007 | DUBAI | SAN FRANCISCO |
| | HOUSTON | SINGAPORE |
| TEL  +1 650.739.7500 | LONDON | WASHINGTON |
| FAX +1 650.739.7699 | | |
| bakerbotts.com | | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    03/13/2026
```

Cheryl Cauley
TEL +1 650 739 7557
cheryl.cauley@bakerbotts.com

March 12, 2026

**VIA ECF**

The Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

> Re:   *Reynaers Inc. v. 360 Windows and Doors*, Case No. 1:25-cv-10178-KHP – Joint Request for Remote Appearance at Initial Case Management Conference

Dear Judge Parker:

Plaintiff Reynaers, Inc. ("Reynaers") and Defendant 360 Windows and Doors ("360 Windows") (together, the "Parties") jointly submit this letter request to attend the Initial Case Management Conference, scheduled to take place on April 21, 2026 at 12:00 p.m., via videoconference.  The Parties submit this letter request pursuant to Sections I.a. and II.g. of Judge Parker's Individual Practices in Civil Cases.

Lead counsel for Reynaers is located in California, and lead counsel for 360 Windows is located in Liverpool, New York (approximately a four-hour drive north of Manhattan).  To attend the Initial Case Management Conference in person, lead counsel for the Parties would need to incur significant travel expenses.  The Parties would like to keep costs for this case to a minimum in order to facilitate potential settlement discussions.  The Parties respectfully request the Court exercise its discretion to permit the Initial Case Management Conference to be held remotely so that counsel for both Parties may avoid incurring costly travel expenses.

*Remainder of page intentionally left blank.*

*Signature page follows.*

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Tuesday, April 21, 2026, at 12:00 p.m. is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial (646)-453-4442, conference ID 570 332 606#.

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
**03/13/2026**

**BAKER BOTTS** LLP

- 2 -                                                      March 12, 2026

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Cheryl A. Cauley*
Cheryl A. Cauley (*pro hac vice*)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Tel: (650) 739-7557
cheryl.cauley@bakerbotts.com

*Attorneys for Plaintiff Reynaers, Inc.*

*/s/ Diana Plue*
Diana Plue Esq.
Sheats & Bailey, PLLC
P.O. Box 586
Liverpool, New York 13088
Telephone: (315) 676-7314
dplue@theconstructionlaw.com

*Attorneys for Defendant 360 Windows and Doors*

**<u>FILER'S ATTESTATION</u>**

I hereby attest that the concurrence of all signatories has been obtained in the filing of this document.

DATED: March 12, 2026                    Respectfully Submitted,

By:  */s/ Cheryl A. Cauley*
      Cheryl A. Cauley (*pro hac vice*)

      *Attorney for Plaintiff Reynaers, Inc.*