USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

REYNAERS INC.,

                         Plaintiff,

           -against-

360 WINDOWS AND DOORS.,

                        Defendant.

-----------------------------------------------------------------X

**25-CV-10178 (KHP)**

**SETTLEMENT CONFERENCE**
**REFERRAL ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This case has been referred to the  Honorable Sarah L. Cave for settlement purposes.

The parties are directed to contact Judge Cave's chambers to determine the specifics for the

settlement conference previously scheduled for **Tuesday, July 21, 2026 at 2:00 p.m. ET.**

             **SO ORDERED.**

DATED:     New York, New York
           April 22, 2026

                                     _____
                                     KATHARINE H. PARKER
                                     United States Magistrate Judge