USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

REYNAERS INC.,

                        Plaintiff,

               -against-

360 WINDOWS AND DOORS.,

                    Defendant.

-------------------------------------------------------------------X

**25-CV-10178 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 30, 2026, the Parties appeared for a Case Management Conference.  On the record the Court ordered that the Defendant should produce all the documents it has collected by **July 1, 2026** and produce all remaining documents by **July 10, 2026**.  The Parties shall file a joint status update on **July 13, 2026**.

     **SO ORDERED.**

DATED:     New York, New York
            June 30, 2026

                            KATHARINE H. PARKER
                            United States Magistrate Judge