USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

REYNAERS INC.,

Plaintiff,

-against-

360 WINDOWS AND DOORS.,

Defendant.

---------------------------------------------------------------X

**25-CV-10178 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the status update filed by Plaintiff on July 13, 2026. The Parties shall file a joint status update on **July 17, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge