BAKER BOTTS L.L.P.

1001 PAGE MILL ROAD
BUILDING ONE, SUITE 200
PALO ALTO, CALIFORNIA
94304-1007

TEL +1 650.739.7500
FAX +1 650.739.7699
bakerbotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

Cheryl Cauley
TEL +1 650 739 7557
cheryl.cauley@bakerbotts.com

July 15, 2026

**VIA ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Plaintiff's request at Dkt. No. 38 is **GRANTED**. The settlement conference scheduled for July 21, 2026 at 2:00 p.m. ET (Dkt. No. 29) is **ADJOURNED** sine die. By **August 17, 2026**, the parties shall file a joint letter proposing alternative dates for a settlement conference in September and/or October 2026.

The Clerk of Court is respectfully directed to close Dkt. No. 38.

SO ORDERED. July 16, 2026

SARAH L. CAVE
United States Magistrate Judge

Re: *Reynaers Inc. v. 360 Windows and Doors*; Case No.: 1:25-cv-10178 – Request for Adjournment of Settlement Conference Scheduled for July 21, 2026

Dear Judge Cave:

Plaintiff Reynaers Inc. ("Reynaers") respectfully requests an adjournment of the settlement conference currently scheduled with Your Honor for July 21, 2026, at 2:00 p.m. ET. *See* Dkt. No. 29. Reynaers' in-house contact, who was going to attend and participate in the settlement conference on behalf of Reynaers, recently left the company. The individual at Reynaers who will be taking over responsibility for this matter is not available on the currently-scheduled date of the settlement conference.

Reynaers has discussed this request for adjournment with 360 Windows' counsel, who consents to the adjournment. Reynaers and 360 Windows have not yet determined which potential alternative dates will work for all parties, but will provide an update to the Court as soon as they have been able to identify dates within forty-five (45) days of the initially scheduled conference on which all parties are available. While we understand that the Court would like us to include those dates with the request, we did not want to delay letting the Court know about our need to adjourn the conference.

Neither Reynaers nor 360 Windows has previously requested an adjournment or extension. The Parties do not request a modification of any of the other deadlines provided in the Settlement Conference Scheduling Order or Your Honor's Standing Orders, except for additional time to provide the Attendance Acknowledgment Form with the proper date and time of the conference, once determined.

Respectfully,

*/s/ Cheryl Cauley*

Cheryl Cauley
Attorney for Reynaers Inc.