USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

REYNAERS INC.,

Plaintiff,

-against-

360 WINDOWS AND DOORS.,

Defendant.

---------------------------------------------------------------X

**25-CV-10178 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A case management conference in this matter was held on September 14, 2026 before the undersigned**.** The Court sets forth the following schedule for Plaintiff's anticipated motion for summary judgment:

- Plaintiff's moving brief will be due by **November 23, 2026.**
- Defendant's opposition will be due by **December 23, 2026.**
- Any reply will be due by **January 13, 2027**.

**SO ORDERED.**

DATED: New York, New York
September 14, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge