USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

1001 PAGE MILL ROAD
BUILDING ONE, SUITE 200
PALO ALTO, CALIFORNIA
94304-1007

TEL +1 650.739.7500
FAX +1 650.739.7699
bakerbotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON
NEW YORK
**PALO ALTO**
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

11/19/2026

The Court thanks the Parties for the update on their settlement discussions. The Parties' request for an extension of the summary judgment briefing schedule. Plaintiff's moving brief will be due by **December 23, 2026;** Defendant's opposition brief will be due by **January 22, 2027**; and Plaintiff's reply will be due by **February 3, 2027**.

November 18, 2026

**VIA ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Reynaers Inc. v. 360 Windows and Doors*; Case No.: 1:25-cv-10178
Request for Extension of Motion for Summary Judgment Deadlines

Dear Judge Parker:

Plaintiff Reynaers Inc. ("Reynaers") and Defendant 360 Windows and Doors ("360 Windows") jointly respectfully request that the Court extend the summary judgment deadlines previously set by the Court for a period of thirty (30) days, to give the Parties an opportunity to finalize an anticipated settlement agreement.

On September 14, 2026, the Court issued an order (Dkt. 49) with the following schedule for Reynaers' anticipated motion for summary judgment:

- **November 23, 2026**: Deadline for Reynaers to file its moving brief
- **December 23, 2026**: Deadline for 360 Windows to file its opposition brief
- **January 13, 2027**: Deadline for Reynaers to file its reply

Since the Court's September 14, 2026 Order, and through participating in mediation with Magistrate Judge Sarah Cave on October 22, 2026, the Parties have been engaged in settlement discussions.

As of the date of this letter, the Parties believe that they are close to reaching a settlement and seek additional time to finalize and execute a settlement agreement memorializing the Parties' agreement. The Parties thus respectfully request that the Court extend the current summary judgment deadlines by 30 days as follows:

- **December 23, 2026**: Deadline for Reynaers to file its moving brief
- **January 22, 2027:** Deadline for 360 Windows to file its opposition brief

- **February 3, 2027**: Deadline for Reynaers to file its reply

The Parties believe that extending the summary judgment deadlines will result in judicial economy and save the parties' resources.

Respectfully,

*/s/Cheryl Cauley*_____
Cheryl Cauley
Attorney for Reynaers Inc.

*/s/ Diane Plue*_______
Diane Plue
Attorney for 360 Windows and Doors